IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>GRK FRESH HOLDINGS LLC;<br>GRK PAS LLC;<br>GRK 8TH STREET LLC;<br>FULTON QUALITY FOODS LLC; and<br>GRK 451 LEXINGTON AVE LLC, all<br>d/b/a GRK FRESH GREEK,<br><br>    Defendants. | Case No. 1:19-cv-04614 |

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR APPROVAL AND EXECUTION OF CONSENT DECREE

The parties in this matter have reached a settlement pursuant to the terms of the attached Consent Decree. In accordance with the terms of the Consent Decree, the Court will retain jurisdiction over this action for all purposes including the entering of all necessary orders, judgments, and decrees.

The Parties jointly request that the Court approve and execute the attached Consent Decree. Pursuant to the terms of the Consent Decree, upon signature and approval by the Court, the matter will be administratively closed but not dismissed.

Dated: June 9, 2020

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | GRK FRESH HOLDINGS LLC;<br>GRK PAS LLC; GRK 8TH STREET LLC; |

          FULTON QUALITY FOODS LLC; and
          GRK 451 LEXINGTON AVE LLC,

          *By their Attorneys*,

| | |
|---|---|
| /s/ Daniel Seltzer | / s/ Jason Habinsky |
| Daniel Seltzer | Jason Habinsky |
| EEOC Trial Attorney | Haynes and Boone, LLP |
| New York District Office | 30 Rockefeller Plaza, 26th Floor |
| 33 Whitehall Street, 5th Floor | New York, New York 10112 |
| New York, New York, 10004 | |