UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

               Plaintiff,

-against-

GRK 451 LEXINGTON AVE. LLC, ET AL.,

               Defendants.

19 Civ. 4614 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

Upon the parties' settlement of the case through mediation, the Clerk of the Court shall mark this action closed, subject to reopening within thirty days if the settlement is not effected, and all pending motions denied as moot.

**SO ORDERED.**

Dated:    New York, New York
           June 18, 2020

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge